IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02621-WYD-CBS

SOUTHERN-OWNERS INSURANCE COMPANY,

    Plaintiff,

v.

AQUA BOX, INC. AND
OTTER PRODUCTS, LLC,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice filed on October 16, 2012, which seeks dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated:  October 18, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge